IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   13-cv-03190-WYD-MEH

MALIBU MEDIA, LLC,

    Plaintiff,

v.

KEVIN ROMER,

    Defendant.

---

## DEFAULT JUDGMENT

---

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order Affirming and Adopting Recommendation of the United States Magistrate Judge, filed on November 13, 2014, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Hegarty [ECF Doc. No. 35] is AFFIRMED and ADOPTED.  It is further

ORDERED that default judgment is hereby entered in favor of Plaintiff, Malibu Media, LLC, and against Defendant, Kevin Romer, for direct copyright infringement of the Plaintiff's copyrighted works, as set forth in Count I of the Complaint.  It is further

ORDERED that Defendant Romer shall pay to Plaintiff the sum of $40,500.00 in statutory damages, as authorized by 17 U.S.C. § 504(c)(1), and $1,652.00 for attorney's fees and costs as authorized by 17 U.S.C. § 505.  It is further

ORDERED that Defendant Romer shall permanently destroy all the digital media files relating to, and copies of, Plaintiff's copyrighted work made or used by him in violation of Plaintiff's exclusive rights, as well as all master copies in his possession, custody or control from which such copies may be reproduced.  It is further

ORDERED that Plaintiff's request to "[p]ermanently enjoin Defendant and all other persons who are in active concert or participation with Defendant from continuing to infringe Plaintiff's copyrighted works" is DENIED.  It is further

ORDERED that post-judgment interest shall accrue at the current rate of  0.12%, as calculated pursuant to 28 U.S.C. § 1961, from the date of entry of judgment.  It is further

ORDERED that Plaintiff shall have those costs awardable under 28 U.S.C. § 1920 that have not already been awarded by the Court, by the filing of a Bill of Costs with the Clerk of this Court within fourteen (14) days of entry of judgment, and pursuant to the procedures set forth in Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

DATED at Denver, Colorado this 13th day of November, 2014.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

/s/ Robert R. Keech
Robert R. Keech,
Deputy Clerk

APPROVED AS TO FORM:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE